**Filed January 21, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01029-CV
_____

## IN RE WILMA REYNOLDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

---

## CONTINUING ABATEMENT ORDER

On November 18, 2013, relator, Wilma Reynolds, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. ' 22.221. Relator asked this Court to order the Honorable Daniel Sklar, assigned judge of the 300th District Court, Brazoria County, Texas, to set aside his November 14, 2013 order denying relator's motion to proceed to trial and final judgment in the bill of review proceeding in trial court cause number 48170, styled *In the Matter of the Marriage of Wilma Reynolds and David Reynolds*.

Because the respondent had recused himself from trial court cause number 48170 in the 300th District Court, Brazoria County, Texas, we abated this mandamus proceeding to permit the newly assigned judge to reconsider the decision regarding relator's request for relief. *See In re Blevins*, No. 12-0636, — S.W.3d —, 2013 WL 5878910 (Tex. Nov. 1, 2013).

On January 13, 2014, the Honorable C. G. Dibrell, III was assigned to this case. Judge Dibrell has requested an additional thirty days to reconsider Judge Sklar's November 14, 2013 order.

Therefore, the abatement of this case is continued for a period of thirty days, at which time Judge Dibrell shall advise the Court of the action taken on relator's request in cause number 48170, styled *In the Matter of the Marriage of Wilma Reynolds and David Reynolds*. The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.